1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHNNY HENRY BECKHAM,          ) Case No. CV 11-7668 JCG
                               )
          Plaintiff,           )
                               )
     v.                        ) **JUDGMENT**
                               )
MICHAEL J. ASTRUE,             )
COMMISSIONER OF SOCIAL         )
SECURITY ADMINISTRATION,       )
                               )
          Defendant.           )
                               )
_____)

          IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

with the Court's Memorandum Opinion and Order filed contemporaneously with the

filing of this Judgment.


DATED: October 30, 2012


                                        _____
                                        Hon. Jay C. Gandhi
                                        United States Magistrate Judge