IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JOHNNY HENRY BECKHAM

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY HENRY BECKHAM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendants. | Case No.: CV 11-7668 SJO (JCG)<br><br>ORDER AWARDING EAJA FEES<br><br><br>JAY C. GANDHI<br>UNITED STATES MAGISTRATE<br>JUDGE |

　　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act

("EAJA") are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED

FIFTY DOLLARS ($4,850.00) which includes compensation in the amount of

$4,500.00 for all legal services rendered by Plaintiff's attorney in this civil action

and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. §

2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: December 21, 2012

_____
JAY C. GANDHI
U.S. MAGISTRATE JUDGE